JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Peter Parker

        Plaintiff,

v.

San Pedro Bait Company

        Defendants.

Case No.  CV 16-00645-AB (JCx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30   days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 4, 2016      _____

                                   ANDRÉ BIROTTE JR.
                                   UNITED STATES DISTRICT JUDGE